942

No. 1189, Misc. TANSIMORE *v.* UNITED STATES. Motion for leave to file petition for writ of mandamus denied. Petitioner *pro se.* *Solicitor General Cox* for the United States.

No. 1000. JANKOVICH ET AL., DOING BUSINESS AS CALUMET AVIATION CO., *v.* INDIANA TOLL ROAD COMMISSION. Supreme Court of Indiana. Certiorari granted. *Straley Thorpe* and *Bernard Dunau* for petitioners. *Paul J. DeVault* for respondent. *Eugene Tyler* for the City of Gary, Indiana, as *amicus curiae,* in support of the petition.

No. 1010. FEDERAL TRADE COMMISSION *v.* COLGATE-PALMOLIVE CO. ET AL. C. A. 1st Cir. Certiorari granted. *Solicitor General Cox, Assistant Attorney General Orrick, Philip B. Heymann* and *James McI. Henderson* for petitioner. *John F. Sonnett* for Colgate-Palmolive Co., and *H. Thomas Austern* for Ted Bates & Co., Inc., respondents.

No. 1061, Misc. CRIDER *v.* ZURICH INSURANCE Co. Motion for leave to file supplement to the petition for writ of certiorari granted. Motion for leave to proceed *in forma pauperis* and petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit granted. Case transferred to the appellate docket. *J. Terry Huffstutler* for petitioner. *Frank E. Spain* for respondent.

No. 1176, Misc. BUCHTEL *v.* CALIFORNIA. Supreme Court of California. Certiorari denied.